**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------x Civil Action No.: CV-04-3292 (ERK) (CLP)

UNITED STATES OF AMERICA, §
§
              Plaintiff, §
 - against- §
§
WILLIAM J. WHEATLEY, §
§
              Defendant. §
------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 13, 2005 ★
P.M.
TIME A.M.

## ORDER

Upon motion of the United States of America, pursuant to Rule 41(a) (2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby ORDERED, that the Complaint in this cause be and the same is hereby DISMISSED.

Signed: Brooklyn, New York
    5/4, 2005

                                      s/Edward R. Korman
                                      Edward R. Korman
                                      United States District Judge